IRENE BEAUTY SHOPPE, INC., Respondent, v. MISS IRENE, INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of SAMUEL ROSEN, Appellant, for a Mandamus Order against ALBERT BONASCHI and Others, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion for an alternative order of mandamus granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RUTH F. KATZ, Respondent, v. EZRA MALLEM and Another, Appellants, Impleaded with Another.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of MABEL HUNT SLATER, an Incompetent. JOSEPH A. SHAY, Appellant; BANK OF NEW YORK AND TRUST COMPANY and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EVA GOLDMAN, Individually and as Administratrix, etc., of MORRIS GOLDMAN, Deceased, Respondent, v. IRVING I. GOLDMAN and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MAX BROWN.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of WILLIAM P. EGAN.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of ARTHUR M. POST.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of SAMUEL M. STEIN.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon JJ.

FANNIE LORDE v. THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA.— Motion granted to the extent of permitting plaintiff to renew her original motion for an order striking out such direct interrogatories as in the opinion of the Justice at Special Term would, if answered, violate a privileged communication between patient and physician. (Woernley v. Electromatic Typewriters, Inc., 271 N. Y. 228.) Motion for reargument denied. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

JOSEPH M. LOBEL v. FRANK STEINHART and Others, Impleaded with HAVANA ELECTRIC RAILWAY COMPANY and Another.— Motion for leave to appeal to the Court of Appeals denied with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.